**EAST TENNESSEE NATURAL GAS
COMPANY, Plaintiff—Appellee,**

v.

**John Bradley LAWSON; Kent Wise;
Steven Wise, Defendants—
Appellants,**

and

**2.61 Acres in Henry County, Virginia;
Lucy Clark, Commissioner of Reve-
nue; Unknown Owners; John Doe,
Defendants.**

No. 05–1050.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2007.

Decided: July 18, 2007.

John Bradley Lawson, Kent Wise, Ste-
ven Wise, Appellants Pro Se. Lela Mer-
rell Hollabaugh; Michael Scott Mizell,
Waller, Lansden, Dortch & Davis, Nash-
ville, Tennessee, for Appellee.

Before NIEMEYER, MICHAEL, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John Bradley Lawson, Kent Wise, and
Steven Wise appeal the district court's or-
der awarding $19,220 to land owners in a
condemnation proceeding. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See East
Tn. Natural Gas Co. v. 2.61 Acres in
Henry County, Va.,* No. CA–02–117–4
(W.D.Va. Dec. 7, 2004). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*